JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HECTOR M. RAMIREZ, <br><br> Petitioner, <br><br> v. <br><br> LOS ANGELES COUNTY, <br><br> Respondent. | Case No. CV 19-01073-DSF (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: 6/17/19

_____
DALE S. FISCHER
United States District Judge